**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**JIMMY ASHLEY**                                                                **PLAINTIFF**

**V.**                                              **3:12CV00042 JMM**

**CITY OF PARAGOULD, ARKANSAS**                                      **DEFENDANT**

**ORDER OF DISMISSAL**

Pursuant to the Stipulation of Dismissal (Docket # 11), the Court finds that this case should

be dismissed. The Complaint and all claims in this action are hereby dismissed with prejudice as

to all parties. The Clerk is directed to close the case.

IT IS SO ORDERED this 28th day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE